## RIFFE et al. v. SHORES.

No. 24375.  April 2, 1935.

Ross Rizley and Orlando F. Sweet, for plaintiffs in error.

George M. Frittz and Shirley N. Rogers, for defendant in error.

PER CURIAM.  The appeal was filed herein January 9, 1933, and brief by the plaintiff in error February 20, 1933.  No brief has been furnished by the defendant in error.  The brief of the plaintiff in error upon examination appears to support the contentions therein made, warranting reversal of the judgment with directions.  The cause is therefore reversed and remanded, with directions to the trial court to vacate the judgment of the plaintiff and enter judgment for the defendant.